UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Susan E Kelley-Moran | CHAPTER 13<br>CASE NO. CHAPTER 14-14771-WCH |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Now Comes Selene Finance, as servicer for DLJ Mortgage Capital, Inc. and files its objection to the Debtor's Chapter 13 Plan. In support of its objection, Selene Finance, as servicer for DLJ Mortgage Capital, Inc. states as follows:

1. Selene Finance, as servicer for DLJ Mortgage Capital, Inc. is the servicer for the holder of the first mortgage on the debtor's residence located 149 Oarchard Street, Byfield, MA.

2. The mortgage to Selene Finance, as servicer for DLJ Mortgage Capital, Inc. is in default with an approximate pre-petition arrearage of $58,030.24 and an approximate total debt of $599,491.47. By the filing of this Objection to Debtor's Chapter 13 Plan, Selene Finance, as servicer for DLJ Mortgage Capital, Inc. hereby sets forth its demand for payment of its claim and intent to hold the Debtor liable for the debt. The Proof of Claim bar date is February 16, 2015.

3. The debtor's Chapter 13 Plan does not provide for the full payment of pre-petition arrears to Selene Finance, as servicer for DLJ Mortgage Capital, Inc. to which Selene Finance objects as it holds a first mortgage on the debtor's residence.

WHEREFORE Selene Finance, as servicer for DLJ Mortgage Capital, Inc. respectfully requests that the Court deny confirmation of the debtors' Chapter 13 Plan or for such other relief as the Court deems just and proper.

Respectfully submitted,
Selene Finance, as servicer


/s/ Rian K. Vernon_____
Rian K Vernon, Esquire
BBO# 662635
Harmon Law Offices, P.C.
P.O. Box 610389
Newton, MA 02461-0345
(617) 558-0500  617-243-4049 (fax)
mabk@harmonlaw.com

Dated: October 23, 2014

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| IN RE: | CHAPTER 13 |
|---|---|
| Susan E Kelley-Moran | CASE NO. 14-14771-WCH |

CERTIFICATE OF SERVICE

I, Rian K Vernon, Esquire, state that on October 23, 2014, I electronically filed the foregoing Objection to Confirmation of Debtor's Chapter 13 Plan with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Esquire, Assistant U.S. Trustee
Carolyn Bankowski, Esquire, Chapter 13 Trustee
David B Madoff, Esquire for the Debtor

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Rian K. Vernon
Rian K Vernon, Esquire
BBO# 662635

Susan E Kelley-Moran
149 Orchard Street
Byfield, MA 01922

2