UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| SUSAN E. KELLEY-MORAN | ) | Chapter 13 |
| | ) | Case No. 14-14771 |
| Debtor | ) | |
| | ) | |

## RESPONSE TO OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Debtor Susan E. Kelley-Moran (the "Debtor") hereby responds to the Objection to Confirmation of Chapter 13 Plan and submits the following:

1. On October 9, 2014, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code. The Chapter 13 Plan (the "Plan") was also filed on October 9, 2014.

2. On October 23, 2014, creditor Selene Finance, as servicer for DLJ Mortgage Capital, Inc. ("Selene") filed an objection to confirmation of the Debtor's Chapter 13 Plan because it did not provide for payment in full of the pre-petition arrears owed to DLJ as the holder of the first mortgage on the debtor's residence.

3. Accordingly, the Plan is amended to provide for payment in full of the pre-petition arrears owed to Selene.

4. The Amended Plan has been filed concurrently herewith.

Dated this 27th day of October, 2014.

        SUSAN E. KELLEY-MORAN

        By her attorney,

        */s/ Steffani M. Pelton Nicholson*_____
        David B. Madoff (BBO#552968)
        Steffani M. Pelton Nicholson (BBO#666470)
        MADOFF & KHOURY LLP
        124 Washington Street, Ste. 202
        Foxborough, Massachusetts  02035
        (508) 543-0040
        pelton@mandkllp.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re ) | |
| ) | |
| SUSAN E. KELLEY-MORAN ) | Chapter 13 |
| ) | Case No. 14-14771 |
| Debtor ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 27, 2014, she caused copies of the Response to Objection of Confirmation of Chapter 13 Plan and Amended Chapter 13 Plan to be served by ECF or mail upon the following:

SERVICE LIST

Carolyn Bankowski-13
13trustee@ch13boston.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Richard T. Mulligan on behalf of Creditor Selene Finance, as servicer for DLJ Mortgage Capital, Inc.
mabk@harmonlaw.com

Rian Vernon on behalf of Creditor Selene Finance, as servicer for DLJ Mortgage Capital, Inc.
mabk@harmonlaw.com


Dated: October 27, 2014


/s/ David B. Madoff
David B. Madoff (BBO#552968)
Steffani M. Pelton Nicholson (BBO#666470)
MADOFF & KHOURY LLP
124 Washington Street, Suite 202
Foxborough, MA  02035
(508) 543-0040