UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | |
|  | ) | |
| SUSAN E. KELLEY-MORAN | ) | Chapter 13 |
|  | ) | Case No. 14-14771 |
| Debtor | ) | |
|  | ) | |

## MOTION TO AMEND CHAPTER 13 PLAN AND SCHEDULE J

Debtor Susan E. Kelley-Moran (the "Debtor") hereby moves to amend her Chapter 13 Plan. In support thereof, the Debtor submits the following:

1. On October 9, 2014, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code. The Chapter 13 Plan (the "Plan") was also filed on October 9, 2014.

2. On October 23, 2014, creditor Selene Finance, as servicer for DLJ Mortgage Capital, Inc. ("Selene") filed an objection to confirmation of the Debtor's Chapter 13 Plan because it did not provide for payment in full of the pre-petition arrears owed to DLJ as the holder of the first mortgage on the debtor's residence.

3. Accordingly, the Plan is amended to provide for payment in full of the pre-petition arrears owed to Selene.

4. Additionally Schedule J has been amended to reflect the changes to the Debtor's budget in order to accommodate the slightly increased payment to Selene under the Plan.

5. An Amended Plan and an Amended Schedule J have been filed concurrently herewith.

Dated this 27th day of October, 2014.

          SUSAN E. KELLEY-MORAN

          By her attorney,

          */s/ Steffani M. Pelton Nicholson*_____
          David B. Madoff (BBO#552968)
          Steffani M. Pelton Nicholson (BBO#666470)
          MADOFF & KHOURY LLP
          124 Washington Street, Ste. 202
          Foxborough, Massachusetts  02035
          (508) 543-0040
          pelton@mandkllp.com