UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re ) | |
| ) | |
| SUSAN E. KELLEY-MORAN ) | Chapter 13 |
| ) | Case No. 14-14771 |
| Debtor ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 27, 2014, she caused copies of the Motion to Amend Chapter 13 Plan and Schedule J, Amended Chapter 13 Plan and Amended Schedule J to be served by ECF or mail upon the following:

SERVICE LIST

Carolyn Bankowski-13
13trustee@ch13boston.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Richard T. Mulligan on behalf of Creditor Selene Finance, as servicer for DLJ Mortgage Capital, Inc.
mabk@harmonlaw.com

Rian Vernon on behalf of Creditor Selene Finance, as servicer for DLJ Mortgage Capital, Inc.
mabk@harmonlaw.com

Capital One Bank USA
PO Box 30281
Salt Lake City, UT 84130

Shellpoint
55 Beattie Place, Suite 500
Greenville, SC 29601

Vincent Trunfio
P.O. Box 236
Southborough, MA 01772

Harry Castleman, Esq.
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116


Dated: October 27, 2014

                                      */s/ David B. Madoff*
David B. Madoff (BBO#552968)
Steffani M. Pelton Nicholson (BBO#666470)
MADOFF & KHOURY LLP
124 Washington Street, Suite 202
Foxborough, MA  02035
(508) 543-0040