UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| IN RE:<br><br>Susan E Kelley-Moran | CHAPTER 13<br>CASE NO. CHAPTER 14-14771-WCH |
|---|---|

OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Now Comes Selene Finance, as servicer for DLJ Mortgage Capital, Inc. and files its objection to the Debtor's Chapter 13 Plan. In support of its objection, Selene Finance, as servicer for DLJ Mortgage Capital, Inc. states as follows:

1. Selene Finance, as servicer for DLJ Mortgage Capital, Inc. is the servicer for the holder of the first mortgage on the debtor's residence located 149 Oarchard Street, Byfield, MA.

2. The mortgage to Selene Finance, as servicer for DLJ Mortgage Capital, Inc. is in default with an approximate pre-petition arrearage of $58,030.24 and an approximate total debt of $599,491.47. By the filing of this Objection to Debtor's Chapter 13 Plan, Selene Finance, as servicer for DLJ Mortgage Capital, Inc. hereby sets forth its demand for payment of its claim and intent to hold the Debtor liable for the debt. The Proof of Claim bar date is February 16, 2015.

3. The debtor's Chapter 13 Plan does not provide for the full payment of pre-petition arrears to Selene Finance, as servicer for DLJ Mortgage Capital, Inc. to which Selene Finance objects as it holds a first mortgage on the debtor's residence.

WHEREFORE Selene Finance, as servicer for DLJ Mortgage Capital, Inc. respectfully requests that the Court deny confirmation of the debtors' Chapter 13 Plan or for such other relief as the Court deems just and proper.

Respectfully submitted,
Selene Finance, as servicer


/s/ Rian K. Vernon
Rian K Vernon, Esquire
BBO# 662635
Harmon Law Offices, P.C.
P.O. Box 610389
Newton, MA 02461-0345
(617) 558-0500  617-243-4049 (fax)
mabk@harmonlaw.com

Dated: October 23, 2014

10/27/2014 Moot in light of the Debtor having filed a further amended plan.